# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING |
|---|---|
| | NO. 17-14285-CMA |
| STEPHEN A MILLER AND | |
| PATRICIA L MILLER, | ORDER DISMISSING CASE |
| Debtors. | |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case. Based on the record and for cause shown, its is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented By:
/s/ Jason Wilson-Aguilar
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

ORDER DISMISSING CASE

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124