# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

Erin Anderson
Law Clerk to Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

January 25, 2023

**<u>Via Mail</u>**

Stephen A. Miller
PO Box 2591
North Bend, WA 98045

Patricia L. Miller
PO Box 2591
North Bend, WA 98045

    Re:    <u>In re Miller</u>, Case No. 17-14285

Dear Mr. and Mrs. Miller:

    The Court received your letter filed on January 25, 2023, that was placed on the Court's docket in the above referenced case [ECF No. 75]. Your letter requests that the Court cancel a pending foreclosure sale. However, your case was closed on January 23, 2023, after your case was dismissed on September 20, 2022. The Court therefore has no authority over this matter and will take no further action in this case.

    Bankruptcy Rule 9003 and the Code of Judicial Conduct prohibit the Court from having ex-parte contact with a party concerning matters that may come before it. The court staff is barred from giving you any legal advice in this matter. I strongly suggest that you contact an attorney to assist you in this matter.

    Sincerely,

    *Erin M. Anderson*

    Erin Anderson
    Law Clerk to Christopher M. Alston