Entered on Docket May 5, 2023

**Below is the Order of the Court.**



**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

Form ounclfda (01/09/20)

## UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In
Re:

    Stephen A Miller and Patricia L Miller

    Debtor(s).

Case Number: 17−14285−CMA
Chapter: 13

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On April 14, 2023; an application was filed for the Claimant(s), David Schmiedeberg as assignee to Stephen & Patricia Miller, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds, accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, sum of $2,056.49 held in unclaimed funds be made payable to David B Schmiedeberg as assignee to Stephen & Patricia Miller.

The Clerk will disburse these funds immediately.